# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

ROBERT SPEARS, )
)
        Plaintiff, )
vs. ) No. 1:06-cv-1193-SEB-VSS
)
DET. NOBLE DUKE, )
)
        Defendant. )

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed pursuant to 28 U.S.C. § 1915A(b).**

*Sarah Evans Barker* (signature)

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Date: 08/22/2006

Distribution:

Robert Spears
No. 318061
Marion County Jail
40 South Alabama St.
Indianapolis, IN 46204

Dockets.Justia.com