UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ROBERT SPEARS,<br><br>        Plaintiff,<br><br>  vs.<br><br>DET. NOBLE DUKE,<br><br>        Defendant. | No. 1:06-cv-1193-SEB-VSS |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed pursuant to 28 U.S.C. § 1915A(b).**

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Date: 08/22/2006

Distribution:

Robert Spears
No. 318061
Marion County Jail
40 South Alabama St.
Indianapolis, IN 46204